IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

PAUL V. AMBROSE an individual who is a
citizen of the Commonwealth of Pennsylvania,
                    Plaintiff,                                    07cv0873
                                                                 **ELECTRONICALLY FILED**

            v.

KRAUSE PUBLICATIONS, INC. a Wisconsin
Corporation Licensed to Conduct Business
within the Commonwealth of Pennsylvania
DAVID DOYLE an individual who is a citizen
of the State of Tennessee,
                    Defendants.

### ORDER GRANTING MOTION TO AMEND (DOC. NO. 11)

Plaintiff has filed a Motion to Amend/Correct Motion for Preliminary Injunction by

adding Preliminary Expert Report of Joseph P. Algozzini as a supplement (doc. no. 11), in order

to comply with this Court's practices and procedures. Because defendant's had not yet filed any

responsive pleading to the Complaint or Motion for Preliminary Injunction, plaintiff may amend

his initial pleadings as of course, without leave of court. Fed.R.Civ.P. 15(a).  Accordingly,

IT IS HEREBY ORDERED THAT plaintiff's Motion to Amend/Correct Motion for

Preliminary Injunction (doc. no. 11) is GRANTED.

                                        **SO ORDERED this 18th day of July, 2007.**

                                        s/Arthur J. Schwab
                                        Arthur J. Schwab
                                        United States District Judge

cc:   All counsel of record